# United States Court of Appeals for the Federal Circuit

February 23, 2011

**ERRATA**

2010-1096

BIOPOLYMER ENGINEERING, INC. (DOING BUSINESS AS BIOTHERA),
*Plaintiff-Appellant,*

**and**

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
*Plaintiff,*

**v.**

IMMUNOCORP AND BIOTEC PHARMACON ASA,
*Defendants.*

Decided February 22, 2011
Nonprecedential Opinion

Please make the following change:

Page 1, correct name "Judge Joan M. Ericksen" to "Judge Joan N. Ericksen"